**Robert Lee VALENTINE, Appellant,**

v.

**David C. BROWN, Prosecutor Attorney; Robert Bozovsky, Chief Detective Brooklyn Park; Nathaniel J. Pearlson, Forensic Scientist; Jack Denzel Davis, ASC–Supervisor; John Doe, Unknown Agents, Appellees.**

No. 02–2556.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 20, 2002.

Filed Aug. 27, 2002.

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

PER CURIAM.

Minnesota inmate Robert Lee Valentine appeals the district court's preservice dis-

Western District of Arkansas.

missal of Valentine's 42 U.S.C. § 1983 law-suit. Having carefully reviewed the record, we conclude dismissal was proper for the reasons relied on by the district court, but we modify the dismissal to be without prejudice. We thus affirm the judgment as modified. *See* 8th Cir. R. 47B.